USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, *individually and on behalf of all other persons similarly situated*,

Plaintiff,

v.

ADR RESTAURANT INC.,

Defendants.

19-CV-9603 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 6, 2020, the parties filed a stipulation of voluntary dismissal, in which they asked "the Court to retain jurisdiction over the parties and the action until January 17, 2022 for the sole purpose of enforcement of the parties' obligations under Section 2(C)." Dkt. 13. The stipulation of voluntary dismissal only provided the text of Section 2(C).

If the parties seek to have the Court retain jurisdiction over this action and the parties, then the terms of the entire settlement agreement must be placed on the public record and "so ordered" by the Court. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). If the parties choose to submit the entire settlement agreement so that the Court might retain jurisdiction over this action, they must do so no later than February 14, 2020.

SO ORDERED.

Dated: February 7, 2020
New York, New York

Ronnie Abrams
United States District Judge